UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD BRADFORD,<br><br>   Plaintiff,<br><br>  v.<br><br>CONTRA COSTA COUNTY DETENTION FACILITES,<br><br>   Defendants. | Case No. 21-06433 BLF (PR)<br><br>**ORDER OF DISMISSAL WITH LEAVE TO AMEND; GRANTING EXTENSION OF TIME TO FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION** |

  Plaintiff, who is currently detained at the West County Detention Facility in Richmond, California, filed a document entitled "Civil Suit" in which he "request to sue pro se packet Contra Costa County Detention Facilities." Dkt. No. 1. The Clerk construed this filing as an attempt to file a pro se civil rights action pursuant to 42 U.S.C. § 1983. The Clerk sent Plaintiff a copy of the court's complaint form, Dkt. No. 2, and a notice to file a complete *In Forma Pauperis* ("IFP") application, Dkt. No. 3. Plaintiff was also notified that the matter was assigned to a magistrate judge, and that he must either consent or decline magistrate judge jurisdiction. Dkt. No. 4. On September 27, 2021, the matter was reassigned to this Court after Plaintiff did not file consent to magistrate jurisdiction in the time provided by the notice. Dkt. No. 7.

  On September 28, 2021, Plaintiff filed the form complaint for a § 1983 action, but

only the first page is partially filled out and the document is not signed.  Dkt. No. 8.  Furthermore, the IFP application is also incomplete because the "Certificate of Funds in Prisoner's Account" has not been completed and signed by an authorized officer and Plaintiff does not provide a six-month statement of his trust account in support of the application.  Dkt. No. 9.

In the interest of justice, Plaintiff shall be granted an opportunity to file an amended complaint on the court form, making sure to provide all the information required in the form and signing it at the end.  Plaintiff is also granted an extension of time to file a complete IFP application by filing the required supporting documents.

## CONCLUSION

For the foregoing reasons, the Court orders as follows:

1. The complaint is **DISMISSED with leave to amend**.  Within **twenty-eight (28) days** of the date this order is filed, Plaintiff shall file an amended complaint to attempt to correct the deficiencies discussed above.  The amended complaint must include the caption and civil case number used in this order, Case No. C 21-06433 BLF (PR), and the words "AMENDED COMPLAINT" on the first page.  If using the court form complaint, Plaintiff must answer all the questions on the form in order for the action to proceed.

The amended complaint supersedes the original, the latter being treated thereafter as non-existent.  *Ramirez v. Cty. Of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).  Consequently, claims not included in an amended complaint are no longer claims and defendants not named in an amended complaint are no longer defendants.  *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir.1992).

2. Also within **twenty-eight (28) days** of the date this order is filed, Plaintiff shall filed a completed "Certificate of Funds in Prisoner's Account" which is completed and signed by an authorized officer along with a copy of his prisoner's trust account showing transactions for the last six-month period.

2

3.  **Failure to respond in accordance with this order by filing an amended complaint in the time provided will result in dismissal with prejudice of this action for failure to state a claim, without further notice to Plaintiff. The matter will also be dismissed if Plaintiff fails to file the supporting documents to support his IFP application in the same time provided.**

The Clerk shall include two copies of the court's complaint, and a blank "Certificate of Funds in Prisoner's Account" with a copy of this order to Plaintiff.

**IT IS SO ORDERED.**

Dated:  __December 21, 2021_____

BETH LABSON FREEMAN
United States District Judge

Order of Dism. with Leave to Amend; Granting Ext. of Time to File IFP
PRO-SE\BLF\CR.21\06433Bradford_dwlta&ifp

3