UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD BRADFORD,<br><br>    Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY DETENTION FACILITIES,<br><br>    Defendant. | Case No. 21-06433 BLF (PR)<br><br>**ORDER OF DISMISSAL** |

    Plaintiff, proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983 against the Contra Costa County Detention Facilities. Dkt. No. 1. On December 21, 2021, the Court dismissed the complaint with leave to amend, to correct the deficiencies. Dkt. No. 11. Plaintiff was directed to file an amended complaint within twenty-eight days from the date the order was filed and advised that failure to respond would result in the dismissal of the action without further notice to Plaintiff. *Id.* at 3. Furthermore, Plaintiff was advised that the *In Forma Pauperis* ("IFP") application he filed, Dkt. No. 10, was deficient because he failed to provide the necessary supporting documents. *Id.* at 2.

    The deadline has long since passed, and Plaintiff has failed to file an amended complaint or a complete IFP application in the time provided. Accordingly, this action is

1   **DISMISSED** without prejudice for failure to file an amended complaint and pay the filing
2   fee.  The Clerk shall terminate all pending motions and close the file.
3        **IT IS SO ORDERED.**
4   Dated:  __February 2, 2022___

    _____
    BETH LABSON FREEMAN
    United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.21\06433Bradford_dis-A/C.IFP

2