# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD BRADFORD, | Case No. 21-06433 BLF (PR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CONTRA COSTA COUNTY DETENTION FACILITIES, | |
| Defendant. | |

The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to file an amended complaint and pay the filing fee. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: \_**February 2, 2022**\_\_\_

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\CR.21\06433Bradford_judgment